UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRIST'S CHURCH, RYE,

                Plaintiff,

   -against-

FEDERAL INSRUANCE COMPANY,

               Defendant.
-------------------------------------------------------------X

**ORDER**

24 Civ. 2012 (KMK) (JCM)

At a telephone conference on August 16, 2024, the Court issued a ruling on the record granting in part and denying in part Defendant's motion for a protective order. (Docket No. 19). For the reasons set forth at the conference, Defendant is directed to produce the following documents by August 30, 2024:[1]

1. **Federal_001189-Federal_001192.** Redact everything on Federal_001189 prior to the September 22, 2023 e-mail from Karline Lee to Daniel Filor.

2. **Federal_001194-Federal_001197.**

3. **Federal_001199-Federal_001201.**

4. **Federal_001204-Federal_001207.**

5. **Federal_001224-Federal_001227.** Redact everything on Federal_001224 prior to the October 13, 2023 e-mail from Dennis Artese.

6. **Federal_001764-Federal_001765.**

---

[1] If there are any inconsistencies between the documents cited in this Order and the documents cited at the August 16, 2024 telephone conference, this Order controls.

7. **Federal_001770-Federal_001771**. Redact everything on Federal_001770 prior to the July 28, 2023 e-mail from Daniel Filor.

8. **Federal_001783-Federal_001784**. Redact everything on Federal_001783 prior to the July 28, 2023 e-mail from Daniel Filor.

9. **Federal_001786-Federal_001787**. Redact everything on Federal_001786 prior to the July 28, 2023 e-mail from Daniel Filor.

10. **Federal_001903-Federal_001906**. Redact everything on Federal_001903 prior to Dennis Artese's October 13, 2023 e-mail.

11. **Federal_002024-Federal_002025**. Redact everything on Federal_002024 prior to Daniel Filor's July 28, 2023 e-mail.

12. **Federal_002048-Federal_002051**. Redact everything on Federal_002048 prior to Karline Lee's September 22, 2023 e-mail to Daniel Filor.

13. **Federal_002053-Federal_002056**. Redact everything on Federal_002053 prior to Dennis Artese's October 13, 2023 e-mail.

14. **Federal_002059-Federal_002062**. Redact everything on Federal_002059 prior to Dennis Artese's October 13, 2023 e-mail.

15. **Federal_002073-Federal_002074**. Redact everything from Federal_ 002073 prior to Daniel Filor's July 28, 2023 e-mail.

16. **Federal_002131-Federal_002134**. Redact everything on Federal_002131 prior to Dennis Artese's October 13, 2023 e-mail.

17. **Federal_002138-Federal_002141**. Redact everything on Federal_002138 prior to Dennis Artese's October 13, 2023 e-mail.

18. **Federal_002188-Federal_002189**. Redact everything on Federal_002188 prior to Dennis Artese's December 15, 2023 e-mail.

19. **Federal_002193-Federal_002194**. Redact everything on Federal_002193 prior to Dennis Artese's December 15, 2023 e-mail.

20. **Federal_002405-Federal_002406**. Redact everything on Federal_002405 prior to Dennis Artese's December 15, 2023 e-mail.

21. **Federal_002663-Federal_002664**. Redact everything on Federal_002663 prior to Dennis Artese's December 15, 2023 e-mail.

22. **Federal_002666-Federal_002667**. Redact everything on Federal_002666 prior to Dennis Artese's December 15, 2023 e-mail.

23. **Federal_002682-Federal_002683**. Redact everything on Federal_002682 prior to Dennis Artese's December 15, 2023 e-mail.

Dated:   August 20, 2024
         White Plains, New York

                                              **SO ORDERED:**

                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge